IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD T. COLLIER,<br><br>        Plaintiff,<br><br>   v.<br><br>VALLEJO POLICE DEPARTMENT, et al.,<br><br>        Defendant. | No. C -13-00755 EDL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case, filed on February 20, 2013, to the Honorable Judge Susan Illston to consider whether this case is related to Collier v. Vallejo Water Co., C-12-1635 SI, in which the complaint was dismissed and a judgment of dismissal without prejudice was entered against Plaintiff on October 1, 2012. In both cases, Plaintiff has sued various Vallejo city agencies. The complaints in both cases raise similar issues relating to alleged discrimination by City of Vallejo agencies against Plaintiff, as well as alleged improper conduct by the City relating to Plaintiff's car and his friend. Plaintiff shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

IT IS SO ORDERED.

Dated: March 5, 2013

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge