UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD T. COLLIER, | No. 2:13-cv-0852 LKK AC PS |
| Plaintiff, | |
| v. | ORDER |
| VALLEJO POLICE DEP'T, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On February 11, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 11, 2014, are adopted in full;

2. Plaintiff's October 7, 2013 motion to set aside jurisdiction (ECF No. 38) is denied .

1

DATED: March 24, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT